**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| NUKOTE OF ILLINOIS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:10-CV-00580-P |
| | § | |
| CLOVER HOLDINGS, INC. and | § | |
| CLOVER TECHNOLOGIES GROUP, LLC, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

NOTICE IS HEREBY GIVEN that Eric W. Pinker and Elizabeth Y. Ryan, of the law firm Lynn Tillotson Pinker & Cox, LLP, located at 2100 Ross Avenue, Suite 2700, Dallas, Texas 75201, telephone: (214) 981-3800, facsimile: (214) 981-3811, hereby appear as additional counsel of record for Defendants Clover Holdings, Inc. and Clover Technologies Group, LLC. Mr. Pinker and Ms. Ryan respectfully request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned via ECF or at the office, postal address, electronic mail addresses, and facsimile numbers listed below.

Dated: May 1, 2015                           Respectfully submitted,


                                             */s/ Eric W. Pinker*
                                             Eric W. Pinker
                                             Texas Bar No. 16016550
                                             epinker@lynnllp.com
                                             David S. Coale
                                             Texas Bar No. 00787255
                                             dcoale@lynnllp.com
                                             Elizabeth Y. Ryan
                                             Texas Bar No. 24067758
                                             eryan@lynnllp.com
                                             **LYNN TILLOTSON PINKER & COX, LLP**
                                             2100 Ross Avenue, Suite 2700
                                             Dallas, TX 75201
                                             Phone: 214-981-3800
                                             Fax:    214-981-3839


                                             Jonathan S. Quinn
                                             Illinois Bar No. 6200495
                                             New York Bar No. 2034056
                                             jquinn@ngelaw.com
                                             Jenny S. Kim
                                             Illinois Bar No. 6277785
                                             jskim@ngelaw.com
                                             Alex Hartzler
                                             Illinois Bar No. 6309202
                                             ahartzler@ngelaw.com
                                             **NEAL, GERBER & EISENBERG LLP**
                                             Two North LaSalle Street, Suite 1700
                                             Chicago, IL  60602
                                             Phone: 312-269-8000
                                             Fax:    312-269-1747


                                             **COUNSEL FOR DEFENDANTS
                                             CLOVER HOLDINGS, INC. AND
                                             CLOVER TECHNOLOGIES GROUP, LLC**.

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing document on counsel listed below on May 1, 2015:

***Via Electronic Filing***
Geoffrey S. Harper
harper@fr.com
State Bar No. 00795408
John C.C. Sanders
State Bar No. 24057036
sanders@fr.com
Grant Schmidt
State Bar No. 24084579
gschmidt@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas  75201
Phone: (214) 747-5070
Fax: (214) 747-2091

**ATTORNEYS FOR PLAINTIFF**
**NUKOTE OF ILLINOIS, INC.**

*/s/ Eric W. Pinker*
Eric W. Pinker

4836-9785-9107, v.  1